IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANTHONY THOMAS WILEY,     *

         Plaintiff,     *

v.     Case No. 5:24-cv-00474-MTT-CHW

    *

COMMISSIONER OF SOCIAL SECURITY,

    *

         Defendant.

    *

## **J U D G M E N T**

Pursuant to the Order of this Court filed September 22, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $5,778.29.

This 23rd day of September, 2025.

                                                             David W. Bunt, Clerk

                                                             s/ Erin Pettigrew, Deputy Clerk